Case 2:06-cr-20016-RTD   Document 58   Filed 03/21/12   Page 1 of 1 PageID #: 141

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 21 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

United States of America
v.
Cecil Dotson, III

Case No: 2:06-CR-20016-001

USM No: 07636-010

Date of Original Judgment: February 1, 2007
Date of Previous Amended Judgment: September 19, 2008
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  92  months **is reduced to**  63  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/02/2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  03/21/2012 

_____
Judge's signature

Effective Date:  _____
*(if different from order date)*

Honorable Robert T. Dawson, United States District Judge
*Printed name and title*